UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J. AXTMAN, JAMES J. BENITEZ, DR. RONALD P. BENITEZ, ELIZABETH A. BENITEZ, ROBERT E. HARBISON and SUZANNE M. HARBISON,<br><br>Plaintiffs,<br><br>v.<br><br>KC DISTANCE LEARNING, INC., a Delaware corporation,<br>Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

TO: MICHAEL J. AXTMAN, JAMES J. BENITEZ, DR. RONALD P. BENITEZ, ELIZABETH A. BENITEZ, ROBERT E. HARBISON and SUZANNE M. HARBISON, Plaintiffs.

AND TO: Michael A. Goldfarb, WSBA No. 13492, Anthony Todaro, WSBA No. 30391, Peterson Young Putra, 1501 Fourth Avenue, Suite 2800, Seattle, WA 98101-1609, Attorneys for Plaintiff

AND TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant KC Distance Learning, Inc. ("KCDL"), hereby removes this action from the King County Superior

NOTICE OF REMOVAL - 1

Court of Washington to the United States District Court for the Western District of Washington, Seattle Division. This Notice of Removal demonstrates the following grounds for removal:

1. KCDL is a defendant in an action pending in the King County Superior Court of Washington entitled *Michael J. Axtman, James J. Benitez, Dr. Ronald P. Benitez, Elizabeth A. Benitez, Robert E. Harbison and Suzanne M. Harbison v. KC Distance Learning, Inc.*, Case No. 10-2-21865-3 SEA (the "State Action").

2. Attached as Exhibit 1 to the Declaration of Timothy W. Snider ("Snider Decl."), filed herewith, is a copy of the Summons and Complaint served upon KCDL, which constitutes all of the process, pleadings and orders in the State Action to date.

3. The State Action was commenced when the Summons and Complaint were served on KCDL on June 2, 2010. This Removal Notice is filed timely within 30 days after service of process under 28 U.S.C. § 1446(b).

4. Plaintiff Michael Axtman is a citizen of the state of Washington. Plaintiff James Benitez is a citizen of the state of Florida. Plaintiffs Ronald and Elizabeth Benitez are citizens of the state of New Jersey. Robert and Suzanne Harbison are citizens of Arizona. *See* Exhibit 2 to Snider Decl.

5. KCDL is incorporated in Delaware and has its principal place of business in Oregon.

6. In the Complaint, Plaintiffs seek to rescind an Asset Purchase Agreement (the "APA"), and, in the alternative, damages in an unstated amount. The cash consideration for the assets under the APA was $2,340,000, excluding the value of two deferred payments and an assumption of liabilities by KCDL. *See* Exhibit 2 to Snider Decl. Consequently, the amount in controversy exceeds $75,000.

NOTICE OF REMOVAL - 2

70133021.1 0028954-00072

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1  7.  This Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) and (c)(1) because this is an action between citizens of different states and the amount in controversy exceeds $75,000.

8.  Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the location in which the removed action was pending.

9.  Counsel for KCDL certifies that they will promptly file a copy of this Notice of Removal with the Clerk of the King County Superior Court of Washington and give notice of the same to counsel for Plaintiffs, as required by 28 U.S.C. § 1446(d).

10.  By filing this notice, KCDL does not waive, and expressly reserves, any defenses that may be available to it.

WHEREFORE, KCDL removes the above-captioned action now pending against it in the King Count Superior Court of Washington to the United States District Court for the Western District of Washington, where it shall proceed as an action originally commenced there.

DATED: June 21, 2010.

STOEL RIVES LLP

s/ Molly Daily
Timothy W. Snider, WSBA No. 39808
Molly Daily, WSBA No. 28360
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: twsnider@stoel.com
Email: mmdaily@stoel.com
Attorney for Defendant KC Distance Learning, Inc.

NOTICE OF REMOVAL - 3

# CERTIFICATE OF SERVICE

I, Debbie Dern, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On June 21, 2010, I caused a copy of the foregoing document to be served upon the following individual(s) in the manner indicated below:

| | |
|---|---|
| Michael A. Goldfarb<br>Anthony Todaro<br>Peterson Young Putra<br>1501 Fourth Avenue, Suite 2800<br>Seattle, WA 98101-1609<br>Telephone: (206) 624-6800<br>Facsimile: (206) 682-1415<br>Email: goldfarb@pypfirm.com<br>Email: todaro@pypfirm.com | ☐ hand delivery<br>☐ facsimile transmission<br>☐ overnight delivery<br>☒ first class mail<br>☒ e-mail delivery |

Executed on June 21, 2010, at Seattle, Washington.

_/s/ Debbie Dern_
Debbie Dern, Legal Secretary

NOTICE OF REMOVAL - 4